RECEIVE
Filed

6:18-CV-1157-ORL-37-DCI

2018 JUL 18 PM
US DISTRICT CO.
E DISTRICT OF
ORLANDO, FL

United States District Court
401 West Central Blvd.
Orlando, Florida 32801-0120

Brenda Cecelia Clark Armstead - Plaintiff

vs.                                      Civil Action no.:

Miles Gene Clark - Defendant

Original Petition

1. Named defendant, Miles Gene Clark, a resident of West Virginia, 5052 Dogtown Road, Kingwood, WV, 26537, phone: 304-329-0347 is also Claiming Florida residency at 32412 Crystal Breeze Lane, Leesburg, Florida, Lake County, Florida.

2. 32412 Crystal Breeze Lane, Leesburg Florida, residence is a home in dispute in the Courts.

3. Basis: Plaintiff acquired 32412 Crystal Breeze Lane, Leesburg, Florida, through First Federal Savings and Loan c/o Jim Cummings July 2, 2000 as a single woman.
Financing was obtained by the sale of a Condo owned and paid off early by Plaintiff, as well as additional savings by Plaintiff.

4. After the acquisition of 32412 Crystal Breeze Lane, Leesburg Florida Plaintiff, Brenda C. Armstead suffered the loss of teaching job Lake County Schools due to exposure of cmv-

Causes
Blindness - in Classroom at Lake Hills, Eustis, Florida, Lake County, Florida.

5. 32412 Crystal Breeze Lone, Leesburg, Florida, went into Foreclosure Lake County Court, Chief Judge Don Briggs Court Appointed Attorney for Plaintiff, James Baxley, Tavares, Florida,

6. In addition, home, 32412 Crystal Breeze Lone, Leesburg Florida, went into Appeal - Case on file. Fifth District Court of Appeal, 300 South Beach Street, Daytona Beach, Florida 32114-5002.

7. Due to mis-delivery of mail to Plaintiff, Service to Plaintiff regarding appeal case of home was never done. The case was dismissed. Due to this mis-delivery of mail from District Court of Appeal the deadline of filing in Florida. Supreme Court 15 days after the dismissal of this case was not possible.

8. Mitigating Circumstances regarding 32412 Crystal Breeze Lone, Leesburg, Florida, Lake County Court Judge Richard Boylston Sent Plaintiff Brenda C. Armstead to 5052 Dogtown Road, Kingwood, WV 26537, Sept. 4, 2001.

9. These mitigating Circumstances affected residence in question: 32412 Crystal Breeze Lone, Leesburg Florida, making it Federal Jurisdiction instead of Florida Supreme Court jurisdiction.

10. Basis: Plaintiff was no longer a Florida resident, Plaintiff became a resident of WV.



11. Plaintiff is now seeking rights to that home: 32412 Crystal Breeze Lane, Leesburg, Fl. immediate.

12. Basis: Defendant, Niles Gene Clark, is endangering the health of Plaintiff, Brenda C. Armstead daily by the following:
Cyberstalking via cell phone technology
Stalking

13. Accessory to this endangerment of health of Plaintiff by named defendant:
Charlie / Carol Crist
G. W. Bush Jr. / Jeb Bush
Catherine Wise
Terry Clark / Beverly D. Conley / Dr. Fred Conley
Melinda / Russell Black
Christy / Vincent Corino

14. If this court fails to act in favor of Plaintiff, Plaintiff Could end up in the hospital. Proof: These actions resulted in a hearing loss to Plaintiff Feb. 25, 2012.

Certificate of Service

I hereby certify the mailing, U.S. mail, of the enclosed cause to this court, this July 17, 2018, with Service to named Defendant, Niles Gene Clark, to be done by this court.
Respectfully Submitted,
Brenda C. Armstead
P.O. Box 613, Daytona Beach, Florida 32115